UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                 :
ANGEL DECASTRO et al.,                                           :
                                                                 :
                              Plaintiffs,                        :
                                                                 :          16-CV-3850 (JPC)
              -v-                                                :
                                                                 :          ORDER
THE CITY OF NEW YORK et al.,                                     :
                                                                 :
                              Defendants.                        :
                                                                 :
------------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 10/30/2020           │
└─────────────────────────────────┘
```

JOHN P. CRONAN, United States District Judge:

In light of this case's reassignment to the undersigned, it is hereby ORDERED that the parties shall appear for a telephone conference before the Court on November 6, 2020 at 3:00 p.m. to discuss the status of this case, including the January 25, 2021 trial date and the status of any settlement discussions. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

It is further ORDERED that the parties shall submit the joint letter outlined in the Court's October 9, 2020 Order (Dkt. 188), which was due on October 22, 2020, by November 4, 2020. If the parties do not file a joint letter by that date, they must be prepared to explain at the conference why sanctions should not be imposed in light of the parties' failure to comply with the Court's Order of October 9, 2020.

SO ORDERED.

Dated:  October 30, 2020
        New York, New York                    _____
                                                    JOHN P. CRONAN
                                              United States District Judge