


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KAREN B. SELVIN**
Phone: (212) 356-2208
Fax: (212) 356-2019
kselvin@law.nyc.gov

October 30, 2020

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re:  <u>DeCastro, et al. v. The City of New York, et al.</u>  16 CV 03850

Your Honor:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for the defendants in the above-entitled action. I write to request a one week adjournment of the November 6, 2020 telephone conference ordered by this Court. Dkt. No. 189. The reason for the adjournment is that the undersigned has a previously scheduled vacation from November 3, 2020 through November 6, 2020. Accordingly, I request that the telephone conference be rescheduled for November 13, 2020. There have been no previous requests for such an adjournment and plaintiffs' counsel consents to the adjournment.

      Thank you for your consideration of this request.

Respectfully submitted,

/s/

Karen B. Selvin
Assistant Corporation Counsel

cc:    Plaintiffs' Counsel of Record

> It is hereby ORDERED that the telephone conference scheduled for November 6, 2020 is ADJOURNED to November 18, 2020 at 11:00 a.m.
>
> SO ORDERED.
>
> Dated: October 30, 2020
>       New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge