Andrew St. Laurent
Joseph Gallagher
Harris St. Laurent & Wechsler LLP
40 Wall Street, 53rd Floor
New York, NY 10005
Tel: (646) 248-6010
Tel: (917) 512-9464
andrew@hs-law.com
jgallagher@hs-law.com

Daniel L. Ackman
77 Water Street, 8th Floor
New York, NY 10005
Tel: (917) 282-8178
dan@danackmanlaw.com

Karen B. Selvin
New York City Law Department
100 Church Street
New York, NY 10007
Tel (212) 356-2208
kselvin@law.nyc.gov

January 6, 2021

**VIA ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20C
New York, NY 10007

Re: *DeCastro, et al v. City of New York. et al.*, No. 16-cv-3850

Your Honor:

In light of the Court's adjournment of the January 27, 2021 trial date in this case, the parties write jointly to request a two-week adjournment of the pretrial submissions currently due on Friday, January 8, 2021. *See* Docket Entry entered December 30, 2020. This would make all pretrial submissions, including motions *in limine*, due on January 22, 2021.

Case 1:16-cv-03850-JPC   Document 198   Filed 01/07/21   Page 2 of 2


Hon. John P. Cronan
January 6, 2021
Page 2 of 2

Thank you for your consideration of this request.


Respectfully submitted:

Andrew St. Laurent                   Karen B. Selvin
Joseph Gallagher                     *Counsel for Defendants*
Daniel Ackman
*Attorneys for Plaintiffs*

It is hereby ORDERED that the trial and deadline for pretrial submissions are ADJOURNED *sine die*.  It is further ORDERED that the parties shall appear for a telephone conference in this matter on January 12, 2021 at 3:30 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Date:    January 6, 2021
         New York, New York

_____
JOHN P. CRONAN
United States District Judge