```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANGEL DECASTRO et al.,                                                 :
                                                                       :
                              Plaintiffs,                              :
                                                                       :   16-CV-3850 (JPC)
              -v-                                                      :
                                                                       :   ORDER
THE CITY OF NEW YORK et al.,                                           :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

It is hereby ORDERED that the parties shall appear for a teleconference in this matter on March 5, 2021 at 11:00 a.m. to discuss the upcoming trial and pre-trial schedule. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: March 3, 2021
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge